1  THERESA A. GOLDNER, COUNTY COUNSEL
   COUNTY OF KERN, STATE OF CALIFORNIA
2  By: Charles F. Collins, Deputy (Bar # 104318)
   Administrative Center
3  1115 Truxtun Avenue, Fourth Floor
   Bakersfield, California 93301
4  Telephone:  (661) 868-3815

5  Attorneys for Plaintiff and
   Counter-Defendant, COUNTY OF KERN
6

7
                    UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10
   COUNTY OF KERN, a political          )   CASE NO. 1:11-cv-00070-AWI-SMS
11 subdivision of the State of California, )
                 Plaintiff,              )   STIPULATION TO MODIFY SCHEDULING
12                                       )   CONFERENCE ORDER; ORDER
        v.                               )
13                                       )
   COMNETIX, INC., L-1 IDENTITY          )
14 SOLUTIONS OPERATING COMPANY           )
   and DOES 1 TO 20, inclusive,          )
15                                       )
                 Defendants.             )
16                                       )
                                         )
17                                       )
   AND RELATED COUNTERCLAIM              )
18                                       )
                                         )
19

20                              **STIPULATION**

21      The parties, by and through their attorneys of record, hereby stipulate as follows:

22      1.   The parties are seeking to modify the Scheduling Conference Order

23 (Document No. 14) in this matter in order to allow them to attend a mediation before

24 incurring major discovery costs.  Good cause exists to modify the Scheduling Conference

25 Order because the parties have been working towards mediation in good faith and the

26 mediation could lead to the resolution of this matter without a trial which would preserve the

27 time and resources of the Court and promote the public policy favoring judicial economy.

28 In order to hold the mediation prior to incurring major discovery costs, the parties are

seeking to modify the Scheduling Conference Order so that there is additional post-mediation time to conduct discovery and this requires modifying the rest of the post-discovery dates currently contained in the Scheduling Conference Order.

    2. The parties agree that the Scheduling Conference Order may be modified as follows:

    a. The discovery cut-off may be extended from March 21, 2012 to January 22, 2013.

    b. The expert disclosure date for plaintiff may be extended from March 21, 2012 to January 22, 2013.

    c. The expert disclosure date for defendants may be extended from March 30, 2012 to January 30, 2013.

    d. The supplemental expert disclosure date may be extended from April 16, 2012 to February 19, 2013.

    e. The expert discovery cut-off date may be extended from June 4, 2012 to April 4, 2013.

    f. The non-dispositive motion filing deadline may be extended from June 8, 2012 to April 8, 2013.

    g. The dispositive motion filing deadline may be extended from July 12, 2012 to May 13, 2013.

    h. The Settlement Conference currently scheduled for December 6, 2012 is continued to October 3, 2013 at 10:00 a.m. in Courtroom No. TBD.

    i. The Pre-Trial Conference currently scheduled for January 11, 2013 is continued to November 8, 2013 at 8:30 a.m. in Courtroom 2.

    j. The Trial currently scheduled for February 26, 2013 is continued to December     , 2013 at 8:30 a.m. in Courtroom 2.

///

///

///

1  The parties herein agree that this stipulation may be signed in counterparts.

2  Dated: December 25, 2011          THERESA A. GOLDNER, COUNTY COUNSEL

                                    By  /s/ Charles F. Collins
                                       Charles F. Collins, Attorney for Plaintiff and
                                       Counter-Defendant County of Kern

6  Dated: December 28, 2011          WILSON, ELSER, MOSKOWITZ, et al. LLP

                                    By  /s/ Gregory K. Lee/David S. Eisen
                                       Gregory K. Lee, Esq.
                                       David S. Eisen, Esq.
                                       Attorneys for Defendants & Counterclaimant
                                       L-1 Identity Solutions Operating Company &
                                       Comnetix, LLC f/k/a as Comnetix, Inc.

11 Dated: December 27, 2011          PAPE & SHEWAN, et al. LLP

                                    By   /s/ Jeffrey B. Pape
                                       Jeffrey B. Pape, Esq.
                                       Scott R. Shewan, Esq.
                                       Attorneys for Defendants & Counterclaimant
                                       L-1 Identity Solutions Operating Company &
                                       Comnetix, LLC f/k/a as Comnetix, Inc.

## ORDER

The parties having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED, that the Scheduling Conference Order be modified as follows:

The discovery cut-off is extended to January 22, 2013.

Plaintiff's expert disclosure is extended to January 22, 2013.

Defendants' expert disclosure is extended to January 30, 2013.

The supplemental expert disclosure is extended to February 19, 2013.

The expert discovery cut-off is extended to April 4, 2013.

The non-dispositive motions filing deadline is extended to April 8, 2013.

The dispositive motions filing deadline is extended to May 13, 2013.

The Settlement Conference is continued from 12/6/2012 to October 3, 2013 at 10:00 a.m. in Courtroom No. One before Judge Snyder.

////

1   The Pre-Trial Conference is continued from 1/11/2013 to November 8, 2013 at 8:30
2 a.m. in Courtroom 2 before Judge Ishii.
3   The Jury Trial is continued from 2/26/2013 to December 17, 2013 at 8:30 a.m. in
4 Courtroom 2 before Judge Ishii.

**IT IS SO ORDERED**.

**Dated:   December 29, 2011**         **/s/ Sandra M. Snyder**
                              UNITED STATES MAGISTRATE JUDGE