THERESA A. GOLDNER, COUNTY COUNSEL
COUNTY OF KERN, STATE OF CALIFORNIA
By: Charles F. Collins, Deputy (Bar # 104318)
Administrative Center
1115 Truxtun Avenue, Fourth Floor
Bakersfield, California 93301
Telephone:  (661) 868-3815

Attorneys for Plaintiff and
Counter Defendant, COUNTY OF KERN

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| COUNTY OF KERN, a political subdivision of the State of California,<br><br>              Plaintiff,<br><br>    v.<br><br>COMNETIX, INC., L-1 IDENTITY SOLUTIONS OPERATING COMPANY and DOES 1 TO 20, inclusive,<br><br>              Defendants.<br><br>AND RELATED COUNTERCLAIM | CASE NO.1:11-cv-00070-AWI-SMS<br><br>STIPULATION TO DISMISS CASE; ORDER |

## STIPULATION

All the parties to this matter, by and through their attorneys of record, hereby stipulate that, having entered into a settlement agreement and that settlement agreement having been performed, that this lawsuit, including all counter-claims, may be dismissed in its entirety with prejudice.

The parties herein agree that this stipulation may be signed in counterparts.

Dated: November 2, 2012                      THERESA A. GOLDNER, COUNTY COUNSEL

                                                            By /s/ Charles F. Collins
                                                               Charles F. Collins, Attorney for Plaintiff and
                                                                Counter-Defendant County of Kern

| | |
|---|---|
| Dated: October 31, 2012 | WILSON, ELSER, MOSKOWITZ, et al. LLP |
| | By /s/ Gregory K. Lee |
| | Gregory K. Lee, Esq. |
| | Attorneys for Defendants & Counterclaimant |
| | L-1 Identity Solutions Operating Company & |
| | Comnetix, LLC f/k/a as Comnetix, Inc. |

## ORDER

All the parties to this matter having stipulated thereto and good cause appearing therefore, IT IS HEREBY ORDERED that, pursuant to Rule 41(a), the entirety of this case, including all counter-claims, is dismissed with prejudice.

IT IS SO ORDERED.

Dated:   November 2, 2012

UNITED STATES DISTRICT JUDGE