1  **THERESA A. GOLDNER, COUNTY COUNSEL**
   **COUNTY OF KERN, STATE OF CALIFORNIA**
2  **By: Charles F. Collins, Deputy (Bar # 104318)**
   **Administrative Center**
3  **1115 Truxtun Avenue, Fourth Floor**
   **Bakersfield, California 93301**
4  **Telephone:  (661) 868-3815**

5  **Attorneys for Plaintiff and**
   **Counter Defendant, COUNTY OF KERN**
6

7                         **UNITED STATES DISTRICT COURT**

8                         **EASTERN DISTRICT OF CALIFORNIA**

9

10 **COUNTY   OF   KERN,   a   political** )    **CASE NO.1:11-cv-00070-AWI-SMS**
   **subdivision of the State of California,** )
11                         **Plaintiff,** )    **STIPULATION TO DISMISS CASE; ORDER**
12                                        )
        **v.**                             )
13                                        )
   **COMNETIX,   INC.,   L-1   IDENTITY** )
14 **SOLUTIONS OPERATING COMPANY** )
   **and DOES 1 TO 20, inclusive,**        )
15                                        )
                **Defendants.**            )
16                                        )
   _____    )
17                                        )
   **AND RELATED COUNTERCLAIM**           )
18 _____    )

19                              **STIPULATION**

20          All the parties to this matter, by and through their attorneys of record, hereby stipulate

21 that, having entered into a settlement agreement and that settlement agreement having

22 been performed, that this lawsuit, including all counter-claims, may be dismissed in its

23 entirety with prejudice.

24          The parties herein agree that this stipulation may be signed in counterparts.

25 Dated: November 2, 2012                 THERESA A. GOLDNER, COUNTY COUNSEL
26

27                                         By /s/ Charles F. Collins
                                              Charles F. Collins, Attorney for Plaintiff and
28                                            Counter-Defendant County of Kern

_____
Stipulation to Dismiss; Order                        1

1  Dated: October 31, 2012                WILSON, ELSER, MOSKOWITZ, et al. LLP

2

3                                         By /s/ Gregory K. Lee
                                             Gregory K. Lee, Esq.
4                                         Attorneys for Defendants & Counterclaimant
                                          L-1 Identity Solutions Operating Company &
5                                         Comnetix, LLC f/k/a as Comnetix, Inc.

6                                          ORDER

7          All the parties to this matter having stipulated thereto and good cause appearing

8  therefore, IT IS HEREBY ORDERED that, pursuant to Rule 41(a), the entirety of this case,

9  including all counter-claims, is dismissed with prejudice.

10 IT IS SO ORDERED.

11
   Dated:   November 2, 2012
12
   UNITED STATES DISTRICT JUDGE
13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28